# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**JOHNNY HERNANDEZ**　　　　　　　　　　　　　　　　　　　　**PETITIONER**
Reg #71522-279

VS.　　　　　　　CASE NO. 2:17-CV-14-JM-BD

**GENE BEASLEY, Warden,**
Federal Correctional Institution-Low,
Forrest City, Arkansas　　　　　　　　　　　　　　　　　　　　**RESPONDENT**

## ORDER

The Court has carefully reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere. After careful consideration of the Recommendation and Mr. Hernandez's timely objections, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Petitioner Johnny Hernandez's petition for writ of habeas corpus (#1) is DENIED and DISMISSED WITH PREJUDICE. All pending motions are DENIED, as moot.

IT IS SO ORDERED this 8th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE